UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **DANA VANOVER,** | **CIVIL ACTION NO. 6:21-179-KKC** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **APPALACHIAN REGIONAL HEALTHCARE, INC. PENSION PLAN,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously, the Court hereby ORDERS and ADJUDGES as follows:

1. Defendant Appalachian Regional Healthcare, Inc. Pension Plan's motion for summary judgment is GRANTED (DE 14);

2. Plaintiff Dana Vanover's complaint is DIMISSED with prejudice;

3. This matter is STRICKEN from the Court's active docket; AND

4. This judgment is FINAL and APPEALABLE.

This 22nd day of February, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY